IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROGER LARDRELL McCULLOUGH, )<br>)<br>Petitioner, )<br>)<br>)       CIVIL ACTION NO.<br>v.                                  )       3:17-CV-772-JFD-CSC<br>)       [WO]<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent.                    ) | |

## ORDER

On January 5, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 20.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. 20) is ADOPTED and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 27th day of January 2021.

_____
SENIOR UNITED STATES CIRCUIT JUDGE